# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cv-411-LRH-WGC |
| Plaintiff, | JUDGMENT OF FORFEITURE |
| v. | |
| $34,940.00 IN UNITED STATES CURRENCY, | |
| Defendant. | |
| IRVIN BEAL, | |
| Claimant. | |

On August 27, 2018, a verified complaint was filed by the United States against the defendant currency (hereinafter "currency") seeking forfeiture in rem of the designated defendant currency. The complaint alleges that the defendant currency is property which constitutes proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, or is property furnished or intended to be furnished by a person in exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act, and as such is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

It appearing:

That process was fully issued in this action and returned according to law;

That claimant Irvin Beal is the sole claimant in this forfeiture proceeding. The time for filing claims has expired.

That claimant Irvin Beal and plaintiff United States have submitted a stipulation for entry of judgment of forfeiture;

That no other person or entity has filed or presented a claim to any portion of the defendant currency.

NOW, THEREFORE, in accordance with the stipulation of all interested parties for entry of a judgment of forfeiture, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment of Forfeiture is entered against the sum of $24,000.00 IN UNITED STATES CURRENCY, and against all other persons, potential claimants, and/or entities, if any, having an interest in such amount of the defendant currency, and that said amount of the defendant property ($24,000.00) be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property so forfeited shall exist in any other person or entity.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, in accordance with the stipulation of all interested parties, that the sum of $10,940.00, less any sums required to be offset by federal law, shall be returned to claimant Irvin Beal free and clear of the forfeiture claims of the United States advanced herein, in care of his legal counsel.

DATE: February 1, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE